UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Sandra Padron
                    Plaintiff,

v.                                       Case No.: 1:17–cv–01515
                                                    Honorable John Robert Blakey

State Of Illinois, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 27, 2019:

      MINUTE entry before the Honorable John Robert Blakey: On 5/31/19, this Court granted Plaintiff a final extension of time to respond to Defendants' long–pending motions to dismiss. See [57]. Plaintiff failed to respond by the required date, opting instead to file two motions seeking an "extension and to stay all federal proceedings due to lack of fair and equal access in court processes" [59], [61]. Plaintiff twice previously filed this same motion, and the current motions [59], [61] are denied for the same reasons as the prior motions. See [57] (order denying the same motions filed at docket entries [52], [55]). In addition to failing to respond to the motions to dismiss, Plaintiff's most recent motions also again fail to comply with this Court's standing orders concerning noticing motions for presentment. The Court previously warned Plaintiff that such failure would result in dismissal of this case with prejudice. See [57]. This case has been pending since 2/27/17 yet, due to Plaintiff's refusal to abide by court orders and the rules of procedure, the pleadings and parties still are not at issue. Plaintiff has made no effort to advance the matters she has asserted, and at this point, the record confirms that she has no intention of doing so. Despite being granted numerous and reasonable accommodations, Plaintiff persists in her efforts to delay and stall these proceedings, thus resulting in unfair prejudice to Defendants. Plaintiff's stubborn refusal to comply with this Court's rules and orders and her recalcitrance in moving this case toward a just resolution constitute grounds for dismissal. As this Court previously explained, all litigants, even pro se litigants, are required to comply with the Court's rules and orders, and the failure to so comply is grounds for dismissal. E.g., Salata v. Weyerhaeuser Co., 757 F.3d 695, 699–700 (7th Cir. 2014) (affirming dismissal with prejudice for failure to comply with court 9;s orders and for failure to prosecute); Aura Lamp & Lighting, Inc. v. Intl Trading Corp., 325 F.3d 903, 907–10 (7th Cir. 2003) (same). Accordingly, based upon the entire record and consistent with the Court's prior orders, including [57], this case is hereby dismissed with prejudice, both for want of prosecution and for failing to comply with this Court's orders. Defendants' motions to dismiss [45], [47], [49] are denied as moot. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.